20444. PICKLESEIMER *v.* DUKE.

BROYLES, C. J. 1. The court did not err in allowing the amendment to the original petition, over the objection "that there was not enough in plaintiff's original pleading to amend by."

2. The petition as amended set out a cause of action, and was not subject to any ground of the demurrer interposed, and the court properly so ruled. *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 15, 1930.

616 .

*Frank C. Tindall,* for plaintiff in error.
*Sutherland & Tuttle,* contra.